UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROGER MORRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:05CV01865 |
| | § | Judge Ricardo M. Urbina |
| MED-SURGE ADVANCES, INC. | § | |
| and MED-SURGE HOLDINGS, INC., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Roger Morrell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), stipulates that the instant case be dismissed without prejudice as to all Defendants.

Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

DATED: August 15, 2007

*Hardy Vieux*
Hardy Vieux (D.C. Bar No. 474762)
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006
TEL: (202) 775-0725
FAX: (202) 223-8604

**FIGARI & DAVENPORT, L.L.P.**
Parker D. Young, Texas Bar No. 22204050
John M. Barcus, Texas Bar No. 24036185
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
TEL: (214) 939-2000
FAX: (214) 939-2090

**ATTORNEYS FOR PLAINTIFF ROGER MORRELL**